McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
DEC 12 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH D. SANFORD,<br>aka Joe Don Sanford,<br>aka Joe D. Sanford,<br>Defendant. | CASE NO. 1: 1 9 CR - 0 0 2 7 0 LJO SKO<br><br>Violations: 18 U.S.C. § 371 – Conspiracy to Violate Animal Welfare Act; 7 U.S.C. § 2156(b), 18 U.S.C. §§ 49(a) and 2 - Unlawful Possession of Animals for Animal Fighting Venture; 7 U.S.C. § 2156(b), 18 U.S.C. §§ 49(a) and 2 - Unlawful Sale of Animals for Animal Fighting Venture; 7 U.S.C. § 2156(f) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

INDICTMENT

INTRODUCTORY ALLEGATIONS

At all times material to this Indictment:

1. JOSEPH D. SANFORD, aka Joe Don Sanford, aka Joe D. Sanford, was a resident of Ceres, California, who operated a business at his residence known as JOE SANFORD GAMEFARM.

2. Pursuant to Title 7, United States Code, Section 2156(g), an "animal fighting venture" was defined as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or

entertainment."

3. The term "animal" was defined to include live birds. Thus, an "animal fighting venture" would include an event involving the fighting of at least two birds for purposes of sport, wagering, or entertainment if that event was in or affecting interstate or foreign commerce.

4. Cockfighting is a contest in which a knife, gaff, or other sharp instrument is often attached to the legs of gamecocks or roosters for the purpose of fighting each other. The fight typically occurs in a pit, ring, or arena. The fights between the roosters are supervised by a referee. The fight is ended when one rooster is dead or refuses to continue to fight. It is not uncommon for one or both roosters to die after a fight. A series of individual cockfights is referred to as a derby. A derby usually consists of dozens of individual cockfights and can last for several hours, or days, depending on the number of entries.

5. Participants in cockfighting generally include: (1) a promoter, who generally makes arrangements and oversees activities at the derby; (2) handlers who prepare birds and handle birds during a fight and may be the actual bird owner or someone paid to do the job; and (3) referees, who officiate in the pit during the cockfights.

6. In a derby, a number of entrants, or cock fighters, pay a predetermined entry fee to enter a pre-set number of roosters, usually between three and twelve per entrant. The roosters are usually matched within a few ounces of each other for individual fights. The cock fighter whose roosters win the most fights in a derby wins the purse, which is usually comprised of the derby participants' entry fees, less amounts retained by the "house" or promoter(s).

7. For purposes of this indictment, the term "rooster" is synonymous with the terms "gamecock," "cock," "bird," and "chicken." A mature gamecock resembles an ordinary rooster except it may be surgically altered and is trained and conditioned for fighting. Gamecocks also generally receive vitamins, drugs and other supplements to boost their strength and endurance.

8. Roosters have a natural bony spur on the back of their legs. This spur is used by the rooster to cause injury to other animals when it kicks with its leg. The spur is the rooster's natural means of defense. Cock fighters often trim the bird's natural spurs down to a length of approximately

one-half to three-quarters of an inch to affix sharp instruments to supplement the bird's fighting.

9. To prepare a rooster for fighting and minimize the possibility of injury, cock fighters may also cut off parts of the bird's body to make it less of a target for the opponent. In particular, owners may dub the rooster by cutting off its wattles and comb.

10. For purposes of this indictment, the term "game fowl" refers to a bird of any of various strains of domestic fowls developed originally chiefly for the production of fighting cocks.

COUNT ONE: [18 U.S.C. § 371 – Conspiracy to Sell, Possess, Train, and Deliver an Animal in an Animal Fighting Venture]

The Grand Jury charges:

JOSEPH D. SANFORD,
aka Joe Don Sanford,
aka Joe D. Sanford,

defendant herein, as follows:

11. The allegations of paragraphs 1 through 10 are re-alleged and incorporated herein by reference.

12. Defendant JOSEPH SANFORD, beginning at a time unknown, but no later than on or about January 1, 1980, and continuing to on or about September 18, 2019, within the County of Stanislaus, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with other persons, known and unknown to the Grand Jury, to commit the following offenses: to sell, buy, possess, train, transport, deliver, and receive roosters for purposes of having the roosters participate in animal fighting ventures, in violation of Title 7, United States Code, Section 2156(b).

MANNER AND MEANS OF THE CONSPIRACY

Defendant JOSEPH SANFORD and others carried out the conspiracy by the following manner and means:

13. The defendant and others, created and operated JOE SANFORD GAMEFARM for the purpose of selling, buying, possessing, training, transporting, delivering and receiving game fowl for purposes of having the roosters participate in animal fighting ventures.

14. The defendant and others developed and maintained properties for purposes of

housing and training game fowl for purposes of having the roosters participate in animal fighting ventures.

15. The defendant and others acquired and maintained medical equipment, such as scalpels, syringes, thermometers, and medications, for purposes of treating the roosters and to surgically alter and remove roosters' wattles, combs, spurs and other body parts, for fighting purposes.

16. The defendant and others communicated with one another by telephone, text message, and other electronic means, about: the transport, delivery, transfer, exchange, purchase, sale, breeding, training, and receipt of particular game fowl; their possession of and ownership interests in particular game fowl; arrangements to fight roosters; the lineage or bloodline of certain game fowl; the aptitude, abilities, and fighting histories of particular fighting roosters; and drugs and equipment intended for use on fighting roosters.

17. The defendant and others planned to fight roosters in cockfights.

18. The defendant and others fought roosters in cockfights.

## OVERT ACTS

19. In furtherance of the conspiracy and to effect the unlawful objects thereof, the following overt acts, among others, were committed in the Eastern District of California and elsewhere:

a. On or about December 4, 2018, the defendant received two separate parcels from Efland, North Carolina containing game fowl for purposes of having roosters participate in cockfights.

b. On or about April 16, 2019, the defendant possessed approximately 2,956 game fowl, consisting of approximately 367 roosters, 334 hens, and 2,255 pullets or young hens for purposes of having roosters participate in cockfights.

c. On or about July 30, 2019, the defendant mailed three game fowl to a customer in Alabama for purposes of having roosters participate in cockfights.

d. Between on or about April 16, 2019, and on or about September 18, 2019, the defendant received and possessed approximately 200 additional game fowl for purposes of having roosters participate in cockfights.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: [7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2 - Unlawful Possession of Animals for Animal Fighting Venture]

The Grand Jury charges:

JOSEPH D. SANFORD,
aka Joe Don Sanford,
aka Joe D. Sanford,

defendant herein, as follows:

20. The allegations of paragraphs 1 through 10 are re-alleged and incorporated herein by reference.

21. Defendant JOSEPH SANFORD, beginning at a time unknown, but no later than on or about January 1, 1980, and continuing to on or about September 18, 2019, within the County of Stanislaus, State and Eastern District of California, did knowingly possess roosters, for the purpose of having the roosters participate in an animal fighting venture, in and affecting interstate and foreign commerce, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

COUNT THREE: [7 U.S.C. § 2156(b) and 18 U.S.C. §§ 49(a) and 2 - Unlawful Sale of Animals for Animal Fighting Venture]

The Grand Jury charges:

JOSEPH D. SANFORD,
aka Joe Don Sanford,
aka Joe D. Sanford,

defendant herein, as follows:

22. The allegations of paragraphs 1 through 10 are re-alleged and incorporated herein by reference.

23. Defendant JOSEPH SANFORD, beginning at a time unknown, but no later than on or about September 24, 2018, within the County of Stanislaus, State and Eastern District of California, did knowingly sell, possess, and deliver animals, namely, one rooster and two hens, for the purpose of having roosters participate in an animal fighting venture, in and affecting interstate and foreign commerce, in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

FORFEITURE ALLEGATION: [7 U.S.C. § 2156(f) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

Upon conviction of the offenses alleged in Counts One through Three of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 7, United States Code, Section 2156(f) and Title 28, United States Code, Section 2461(c), any animal involved in any violation of the offenses alleged in this Indictment.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: KIRK E. SHERRIFF
KIRK E. SHERRIFF
Assistant United States Attorney
Chief-Fresno Office