*United States v. Joseph D. Sanford*

Government Exhibit A


file:///H:/VIDEO_TS/ - VLC media player
Media Playback Audio Video Subtitle Tools View Help
WORLD
SLASHER CUP
02:44
1:36:35
100%


file:///H:/VIDEO_TS/ - VLC media player
Media Playback Audio Video Subtitle Tools View Help
WORLD
SLASHER CUP
PETRON
Lee
03:03
1:36:35
100%


file:///H:/VIDEO_TS/ - VLC media player
Media Playback Audio Video Subtitle Tools View Help
WORLD
SLASHER CUP
08:53
1:36:35
100%


09/24/2018 15:42