*United States v. Joseph D. Sanford*

Government Exhibit B


PRIDE • PASSION • PRESTIGE
P120
METRO MANILA
PIT GAMES
THE OFFICIAL MAGA
NAL FEDERATION OF GAMEFOWL BREEDERS
No. 10
• Manny Pacquiao
Our Pride, Our Hero, Our Champion
• Joe Sanford
Passion for the Sport
• Brad Padgett
The Breeder from Oregon
• Mayor Philip Velasco
The Amazing Greys of Bacarra
• Reproducing Ace Hens
• Ultimate Conditioning
• Gameness III
• Dodong Arellano
Artist of the Cock
FREE Strike Power Feeds
Brad Padgett
Mayor Philip Velasco
GOVERNMENT EXHIBIT
B



# Joe Sanford's Passion for the Sport

Text by Michelle Marcos-Ranjo

When Joe Sanford was a kid growing up in the suburbs of Ceres, a family friend by the name of Bob Petroli came over one day and thought he was old enough to see cockfights. Soon after that, Bob, with permission from the boy's parents, started bringing him along on most weekends. Unknown to Joe's family however, these weekly jaunts were slowly turning out to be more than just fun trips for their little boy. Truth is, each visit to the arena was an eye-opening experience for Joe. He was only nine years old then and had seen nothing of the world except the peach and grape vineyards that made his hometown famous. The arena showed him a different side of the world he was not used to and it aroused his imagination and wanderlust. In it he found a delicious although raucous escape from the dreary and quiet vineyard where he worked on most days.

Unwittingly Bob had opened doors for the restless kid and gave him his own place in the world where he did not have to do his duties mindlessly and could even explore a potential all his own.

And so it went on for several years, the weekly fights, the wagers, the cockfighting and breeding lessons from Bob. Joe who got 50 cents each day for lunch money saved it for the pit or for buying a rooster he adores. He was 14 when he tried breeding and that was when his struggles began. His family had expressed disappointment for his preferences, thinking he was spending his time, money, and youth frivolously. But Joe takes the little work he has done on breeding seriously even if they did not think so. Being a breeder naturally required him to be responsible and it was exciting to be calling the shots. At his age, too, was a burgeoning enthusiasm and passion for birds like never before.

When he reached 16, he felt he needed a broader, less stifling venue to pursue his desires. And rebellious as it may seem, he found himself running away from home to follow his heart. He moved in with Bob at the time, the most solid influence of his life as far as breeding is concerned. As for the teen angst, Joe knew that one day he could show everyone that he had made the right choices.

If his farm produce and wins to date are any indications that he has steered his life well then Joe need not worry anymore about being a teen rebel once. After he became a breeder officially in 1967, life just kept getting better for him. Twelve years later, he was able to put up his very own farm. Today his farm yields 1,200 stags every year. These are mostly Sweaters,Kelsos, Albanys and yellow-legged Hatches. His land is also home to some of the best bloodlines of Sherryl Penny, which Joe bought from Sherryl himself.

All in all, sales were good and the money from his cockfighting victories was not bad either. His first major derby championship was at the old Blithe Pit in Arizona. He has also won many at the Copperstate as well as some decent ones at the Texoma and Mid-America pits. He has been to Mexico and the Philippines trying his luck at the pits. For Joe, it has been fun despite all the odds at the outset.

If there is one thing that he has learned from his years of doggedly pursuing breeding, it is to take responsibility for his actions. He




Jorge Goitia, Mark, and Joe Sanford during the World Slasher Cup 2005 held at the Araneta Coliseun



Joe holding his favorite sweater broodcock



One of the super broodcocks in the broodpen of Joe Sanford

knows, there could be a million more boys out there, whether in the same field or not but in the same predicament nevertheless. Like Joe, if something is all that matters in the world to you, go chase it and remember to take responsibility for it.

Joe has fought in all the major pits in America and has done pretty well with his bloodlines. Now, he is eyeing the elusive World Slasher's Cup where he finished with a respectable score last January 2005, in tandem with Firebird's Biboy Enriquez, best buddy Dr. Jorge Goitia and Mark.

Asked what's in store for American Cockfighting, Joe told this publisher that he is now seriously looking into the possibility of bringing over his breeding stocks here and probably start anew. Cockfighting is in my blood, I love the sport so much and my chickens are like family to me. This is what keeps me healthy and always on the go.

Watch out for Joe's feathered gladiators this coming World Slasher's 2006 and he is bringing in his double barreled aces for this tournament. PGM



Joe Sanford, Manny "Pacman" Pacquiao - WBC International Super Featherweight Champion, Mark and Justin Baker