*United States v. Joseph D. Sanford*

Government Exhibit C

# CONSTRUCTIVE SEIZURE NOTICE

* Approximately 2,255 pullets *

**Case Name/Number: JOSEPH SANFORD** J.S.

The United States has placed ~~309~~ 367 J.S. of roosters and ~~2916~~ 334 J.S. of hens owned by
(number)

Joseph Sanford of 1706 E. Keyes Road, Ceres, CA, under
(name and government ID) (address)

Seizure this date because the United States has probable cause to believe these animals were involved in a violation of the Animal Fighting Venture Prohibition, 7 U.S.C. § 2156, and are, thus, subject to seizure and forfeiture under 7 U.S.C. § 2156(f).

Although the aforementioned birds have been deemed seized by the United States, the actual custody will remain with the owner until the United States District Court issues an order regarding the disposal of the birds, or the owner surrenders the birds to the United States. The owner shall maintain physical custody of the birds pursuant to the following terms and conditions:

1. The birds shall not be moved from 1706 E. Keyes Road, Ceres, CA without
   (permanent location of the birds)

   written agreement from USDA-OIG (530)250-5017.
   (lead federal agent name and contact information)

2. The birds shall not be harmed, killed, or otherwise disposed of without written consent of the agent listed in condition 1 above.
3. The birds must be properly cared for at the expense of the owner.
4. Agents of the United States have the right to view and inspect the birds if any such inspection is deemed appropriate or necessary by the United States.
5. The United States and its individual officers shall be held harmless for and released from any and all damage, injury, or loss which may occur to any persons or property as a result of the maintenance of the birds while held by the owner pursuant to this agreement.
6. The birds must be surrendered to the United States upon demand.
7. All insurance coverage maintained on the birds or the facility/structure in which the birds are maintained shall be kept in force at the expense of the owner.

Breach of any of the above-listed terms and conditions may result in the request of civil or criminal sanctions against the owner.

Joe Sanford
Signature of Owner Date: 4/16/2019

[signature]
Signature of Federal Agent Date: 4/16/2019