*United States v. Joseph D. Sanford*

Government Exhibit D

Gran Mega Derby Intercontinental a Navaja



° Tournament °

Coliseo
"El Rosedal" de Surco

# The Golden Rooster Perú 2015

Lima 18, 19 & 20 Julio 3.30 PM

# AVISO

RANCHO OSUNA / GALPON DEL PACIFICO / SANFORD FARM / RANCHO EL QUELITE / SLICK LIZARD GAME FARM

DESAFIAN POR UNA PELEA A CUALQUIER GALPÓN PERUANO POR EL MONTO DE

# $. 2,000

DÓLARES AMERICANOS

COORDINADORES:

JUAN JURADO Móvil RPC: +51 993 187 075 RPM#: +51 983 908 092
DANIEL CUBILLAS Móvil RPM: +51 990 950 Oficina: +51 01 249 5467

GOVERNMENT EXHIBIT


FESTIVAL
THE GOLDEN ROOSTER
PERÚ
IV EDICIÓN 2018
25 DE AGOSTO
DERBY CONTINENTAL A NAVAJA
REGLAMENTO: PERUANO
DESAFÍO
HISTÓRICO
ARMA: NAVAJA DE PULGADA
60
MIL DÓLARES
EN BOLSA
¿TENDRÁ LA CASTA NECESARIA EL GALLO NACIONAL PERUANO PARA SUPERAR ESTA PRUEBA CON NAVAJA DE PULGADA?
VS
MILTON JIMÉNEZ - PUENTE PIEDRA
PEDRO MALVACEDA - HUACHO
JOE SANFORD - CALIFORNIA
RANCHO OSUNA - SINALOA
TRES CRUCES
CERVEZA PREMIUM
GS128
Vetinova
Gallo de Oro
AVIPLEX
GOLDEN ROOSTER PERU
@GOLDEN.ROOSTER.PERU
+51 913018114
peru.goldenrooster@gmail.com